Matthew G. Grech, Esq. SBN 252848
Grech Legal
2000 Broadway Street, Suite 231
Redwood City, CA 94063
Tel: (650) 743-2548
Fax: (650) 276-7163
Email: info@grechlegal.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>**FIRENZE L. CASASOS**,<br><br>Debtor(s). | Case No.: 18-42378<br>Chapter 13<br><br>**MOTION TO VALUE PERSONAL PROPERTY WITH MEMORANDUM OF POINTS & AUTHORITIES** |

## MOTION

Debtor FIRENZE L. CASASOS ("Debtor") hereby moves to value the 2011 Nissan Pathfinder ("Collateral") at $6,197.00, limit Creditor's secured claim to $6,197.00, and that any amount in excess be treated as a general unsecured claim, pursuant to 11 USC §§ 506 and 1322 (b)(2), Federal Rules of Bankruptcy Procedure ("FRBP") 3012 and 9014, and Bankruptcy Local Rule 9014-1, which determination shall become part of Debtor's confirmed Chapter 13 Plan.

## POINTS & AUTHORITIES

### I.     Facts

This Chapter 13 Bankruptcy case was filed on or about October 10, 2018. At the time it was filed, Debtor was, and continues to be, the owner of the Collateral. On the date the case was filed the Collateral was worth $6,197.00, which is based upon a Kelley Blue Book Pricing Report in relation to the Collateral [See Exhibit "A" attached to Debtor's Declaration]. Debtor

MOTION TO VALUE PERSONAL PROPERTY WITH MEMORANDUM OF POINTS & AUTHORITIES
1

purchased the Collateral in or about 2012. Santander Consumer USA, Inc. ("Creditor") holds a claim of approximately $24,764.86, which is secured by the Collateral.

## II.     Analysis

A Chapter 13 Plan may modify the rights of holders of secured claims [See 11 USC § 1322 (b)(2), FRBP 3012]. Specifically, a secured creditor's allowed claim is a secured claim to the extent of the value of that creditor's interest in the estate's interest in the property, and such value is determined by the replacement value of the property as of the date of the filing of the petition [See 11 USC § 506(a)(1), (2)].

Here, the Collateral's date of filing replacement value is $6,197.00, and as such, Creditor's secured interest therein is limited to said value.

## III.     Conclusion

Wherefore, Debtor prays for entry of an order granting the present Motion to value the Collateral at $6,197.00, limit Creditor's secured claim to $6,197.00, and that any amount in excess be treated as a general unsecured claim.

Dated: December 4, 2018                                         GRECH LEGAL

/s/*Matthew G. Grech*
MATTHEW G. GRECH
Attorneys for Debtor